# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEISHON GIPSON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION HOME BUILDERS, INC., an unknown business entity,<br><br>Defendant. | Case No. 1:20-cv-00392-DAD-SKO<br><br>**ORDER GRANTING THE PARTIES' STIPULATED REQUEST**<br><br>(Doc. 3) |

**ORDER**

On March 16, 2020, Defendant removed this case to this Court from Tulare County Superior Court. (Doc. 1.) On April 2, 2020, the parties filed a "Joint Stipulation to Extend Defendant's Deadline to Amend Answer to Complaint and Plaintiff's Deadline to Strike Affirmative Defenses." (Doc. 3.)

Pursuant to the parties' stipulation, and for good cause shown, the Court GRANTS the parties' request. Accordingly, IT IS ORDERED:

1. Defendant shall have until April 17, 2020, to file a first amended answer as of right under Federal Rule of Civil Procedure 15(a)(1), if desired;

2. If Defendant does not file a first amended answer, Plaintiff shall have until April 24, 2020 to file a motion to strike affirmative defenses as to Defendant's answer; and

3. This order shall not affect any other dates or deadlines in this matter.

IT IS SO ORDERED.

Dated: **April 6, 2020**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE