# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEISHON GIPSON, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br><br>CHAMPION HOME BUILDERS, INC., an unknown business entity,<br><br>　　　　　　Defendant.<br>_____/ | Case No. 1:20-cv-00392-DAD-SKO<br><br>**ORDER GRANTING THE PARTIES' STIPULATED REQUEST**<br><br>(Doc. 5) |

**ORDER**

On March 16, 2020, Defendant removed this case to this Court from Tulare County Superior Court. (Doc. 1.) On April 10, 2020, the parties filed a "Joint Stipulation to Extend Plaintiff's Deadline to Move to Remand the Action to State Court and Regarding Scheduling of Hearing Date." (Doc. 5.)

Pursuant to the parties' stipulation, and for good cause shown, the Court GRANTS the parties' request. Accordingly, IT IS ORDERED that Plaintiff shall file the motion to remand this case to state court, if desired, by no later than April 22, 2020, to be noticed for hearing no earlier than May 27, 2020. This order shall not affect any other dates or deadlines in this matter.

IT IS SO ORDERED.

Dated: **April 14, 2020**　　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE